J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:      (818) 500-3200
Facsimile:      (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Of counsel:
Stephen M. Gaffigan
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 13-453
Ft. Lauderdale, Florida 33301
Telephone:      (954) 767-4819
Facsimile:      (954) 767-4821

stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity, <br><br> Plaintiffs, <br><br> v. <br><br> SOPHIA ZHANG, YAN RIQIN and DOES 1-10, individually and jointly, d/b/a HIGHREPLICA.COM, HIGH-REPLICA.COM, RUNWAYHANDBAGS.NET, BAGS-REPLICA.COM, BUY-TIFFANY.COM, HIGHCHARMS.COM, FASHIONREPLICABAGS.COM, FASHIONTAVERN.COM, LUXUNION.COM, LUX62.COM, REPLICAHAUSE.COM, REPLICA-SILVER.COM, SIGHTFOCUS.COM, REPLICAS-BAG.COM, TIFFANY-FOCUS.COM, REPLICAS8.COM, <br><br> Defendants. | Case No. C-09-1977 MMC <br><br><br> **REQUEST TO CONTINUE CASE MANGEMENT CONFERENCE; [PROPOSED] ORDER** |

1

CHANEL, ET AL. V. RIQIN, ET AL.: REQUEST TO CONTINUE CMC

1   PLAINTIFFS Chanel, Inc. and Louis Vuitton Malletier, S.A. (collectively "Plaintiffs"), by

2   and through their counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby request

3   as follows:

4   WHEREAS the Court set the Scheduling Conference in the above-captioned matter for

5   August 14, 2009, at 9:00 a.m.;

6   WHEREAS Plaintiffs filed a Motion to Authorize Alternate Service of Process ("Motion")

7   on or about July 16, 2009;

8   WHEREAS Plaintiffs' Motion is set for hearing on September 14, 2009;

9   WHEREAS service has not yet been completed on Defendants;

10   WHEREAS Plaintiffs are filing a Request for an Extension of Time Within Which to Effect

11   Service of Process concurrently herewith;

12   WHEREAS there have been no prior continuances requested by the Parties; and

13   NOW, THEREFORE, Plaintiffs request that the Case Management Conference in the above

14   captioned matter be continued until November 16, 2009, or a date thereafter acceptable to the Court.

15

16   Dated: August 7, 2009                     J. ANDREW COOMBS,
                                               A PROFESSIONAL CORPORATION
17
18                                             By: _Nicole L. Drey_
                                                   J. Andrew Coombs
19                                                 Nicole L. Drey
                                               Attorneys for Plaintiffs
20                                             Chanel, Inc. and Louis Vuitton Malletier, S.A.

21

22                          ~~[PROPOSED]~~ ORDER

23   PURSUANT TO REQUEST, IT IS SO ORDERED.   Specifically, the Case Management Conference
     DATED: August  11 , 2009                is continued to November 20, 2009.
24

25

26   _Maxine M. Chesney_
     Maxine M. Chesney
27   UNITED STATES DISTRICT JUDGE

28

2

CHANEL, ET AL. V. RIQIN, ET AL.: REQUEST TO CONTINUE CMC