J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Of counsel:
Stephen M. Gaffigan
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 13-453
Ft. Lauderdale, Florida 33301
Telephone:    (954) 767-4819
Facsimile:    (954) 767-4821

stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>　　　　　Plaintiffs,<br>v.<br><br>SOPHIA ZHANG, YAN RIQIN and DOES 1-10, individually and jointly, d/b/a HIGHREPLICA.COM, HIGH-REPLICA.COM, RUNWAYHANDBAGS.NET, BAGS-REPLICA.COM, BUY-TIFFANY.COM, HIGHCHARMS.COM, FASHIONREPLICABAGS.COM, FASHIONTAVERN.COM, LUXUNION.COM, LUX62.COM, REPLICAHAUSE.COM, REPLICA-SILVER.COM, SIGHTFOCUS.COM, REPLICAS-BAG.COM, TIFFANY-FOCUS.COM, REPLICAS8.COM,<br><br>　　　　　Defendants. | Case No. C-09-1977 MMC<br><br>**REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS;** [PROPOSED] **ORDER** |

1

PLAINTIFFS Chanel, Inc. and Louis Vuitton Malletier, S.A. (collectively "Plaintiffs"), by and through their counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby request as follows:

WHEREAS Plaintiffs filed their Complaint on or about May 5, 2009;

WHEREAS, pursuant to Fed. R. Civ. P. 4(m), Plaintiffs are to serve Defendants on or before September 2, 2009;

WHEREAS Plaintiffs filed a Motion to Authorize Alternate Service of Process, Docket No. 12 ("Motion"), on or about July 16, 2009;

WHEREAS Plaintiffs' Motion is set for hearing on September 14, 2009;

WHEREAS this Request is based on the arguments contained in Plaintiffs' Motion and the declarations and exhibits on file therewith;

WHEREAS Fed. R. Civ. P. 6(b) allows the Court to grant an extension of time within which to effect service of process;

NOW, THEREFORE, Plaintiffs request an additional sixty (60) days within which to effect service of process, or in any event, no later than November 1, 2009.

Dated: August 7, 2009

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

[PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.
DATED: August 11, 2009

Maxine M. Chesney
UNITED STATES DISTRICT JUDGE