J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Pro Hac Vice Pending)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone:  (954) 767-4819
Facsimile:  (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>Plaintiffs,<br>v.<br><br>SOPHIA ZHANG, YAN RIQIN and DOES 1-10, individually and jointly, d/b/a HIGHREPLICA.COM, HIGH-REPLICA.COM, RUNWAYHANDBAGS.NET, BAGS-REPLICA.COM, BUY-TIFFANY.COM, HIGHCHARMS.COM, FASHIONREPLICABAGS.COM, FASHIONTAVERN.COM, LUXUNION.COM, LUX62.COM, REPLICAHAUSE.COM, REPLICA-SILVER.COM, SIGHTFOCUS.COM, REPLICAS-BAG.COM, TIFFANY-FOCUS.COM, REPLICAS8.COM,<br><br>Defendants. | Case No. C-09-1977 MMC<br><br>AUTHORIZING [PROPOSED] ORDER GRANTING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)<br><br>Date:   September 4, 2009<br>Time:   9:00 a.m.<br>Court:  Hon. Maxine M. Chesney |

1

1   WHEREAS Plaintiffs Chanel, Inc. ("Chanel") and Louis Vuitton Malletier, S.A. ("Louis Vuitton) (collectively "Plaintiffs") filed their Notice of Motion and Motion to Authorize Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Plaintiffs' Motion");

WHEREAS Plaintiffs have shown good cause why leave should be granted allowing service of the Summons and Complaint in this matter upon the Defendants Sophia Zhang ("Zhang") and Yan Riqin ("Riqin") (collectively "Defendants") via e-mail; and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiffs' Motion, hereby grants Plaintiffs' Motion and grants leave to Plaintiffs to serve Defendants via e-mail, at the e-mail addresses set forth in plaintiffs' motion at 10:19-22.

IT IS SO ORDERED.

Dated: August 27, 2009

_____
Hon. Maxine M. Chesney
Judge, United States District Court,
Northern District of California

Presented By:

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

2

[PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON
DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(f)(3)
Case No. C-09-1977 MMC