J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Of counsel:
Stephen M. Gaffigan
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 13-453
Ft. Lauderdale, Florida 33301
Telephone:  (954) 767-4819
Facsimile:  (954) 767-4821

stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>  Plaintiffs,<br>v.<br><br>SOPHIA ZHANG, YAN RIQIN and DOES 1-10, individually and jointly, d/b/a HIGHREPLICA.COM, HIGH-REPLICA.COM, RUNWAYHANDBAGS.NET, BAGS-REPLICA.COM, BUY-TIFFANY.COM, HIGHCHARMS.COM, FASHIONREPLICABAGS.COM, FASHIONTAVERN.COM, LUXUNION.COM, LUX62.COM, REPLICAHAUSE.COM, REPLICA-SILVER.COM, SIGHTFOCUS.COM, REPLICAS-BAG.COM, TIFFANY-FOCUS.COM, REPLICAS8.COM,<br><br>  Defendants. | Case No. C-09-1977 MMC<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** CONTINUING CASE MANAGEMENT CONFERENCE |

PLAINTIFFS Chanel, Inc. and Louis Vuitton Malletier, S.A. (collectively "Plaintiffs"), by and through their counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby request as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter for November 20, 2009, at 9:00 a.m.;

WHEREAS Plaintiffs filed a Motion for Entry of Default Judgment ("Motion"), against all named defendants, on or about October 28, 2009;

WHEREAS Plaintiffs' Motion is set for hearing on December 4, 2009; and

NOW, THEREFORE, Plaintiffs request that the Case Management Conference in the above captioned matter be vacated in light of the pending Motion for Entry of Default Judgment.

Dated: November 6, 2009

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By: ___/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

### [PROPOSED] ORDER

PURSUANT TO REQUEST, ~~IT IS SO ORDERED.~~ the Case Management Conference is hereby CONTINUED from November 20, 2009 to February 19, 2010. A Case Management Statement shall be filed no later than February 12, 2010.

DATED: November 12, 2009

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE