1  J. Andrew Coombs (SBN 123881)
   Nicole L. Drey (SBN 250235)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone:   (818) 500-3200
4  Facsimile:   (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com

6  Of counsel:
   Stephen M. Gaffigan
7  Stephen M. Gaffigan, P.A.
   401 East Las Olas Blvd., Suite 13-453
8  Ft. Lauderdale, Florida 33301
   Telephone:   (954) 767-4819
9  Facsimile:   (954) 767-4821

10 stephen@smgpa.net

11 Attorneys for Plaintiffs
   Chanel, Inc. and Louis Vuitton Malletier, S.A.
12

13              THE UNITED STATES DISTRICT COURT

14   FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

15 CHANEL, INC., a New York corporation    )   Case No. C-09-1977 MMC
   and LOUIS VUITTON MALLETIER,            )
16 S.A., a foreign business entity,        )
                                           )
17           Plaintiffs,                   )
                                           )
18     v.                                  )   **REQUEST TO VACATE CASE**
                                           )   **MANAGEMENT CONFERENCE;**
19 SOPHIA ZHANG, YAN RIQIN and             )   [PROPOSED] **ORDER** CONTINUING CASE
   DOES 1-10, individually and jointly, d/b/a )  MANAGEMENT CONFERENCE
20 HIGHREPLICA.COM, HIGH-                  )
   REPLICA.COM,                            )
21 RUNWAYHANDBAGS.NET, BAGS-               )
   REPLICA.COM, BUY-TIFFANY.COM,           )
22 HIGHCHARMS.COM,                         )
   FASHIONREPLICABAGS.COM,                 )
23 FASHIONTAVERN.COM,                      )
   LUXUNION.COM, LUX62.COM,                )
24 REPLICAHAUSE.COM, REPLICA-              )
   SILVER.COM, SIGHTFOCUS.COM,             )
25 REPLICAS-BAG.COM, TIFFANY-              )
   FOCUS.COM, REPLICAS8.COM,               )
                                           )
26           Defendants.                   )
                                           )
27

28

1

CHANEL, ET AL. V. ZHANG, ET AL.: REQUEST TO VACATE CMC

PLAINTIFFS Chanel, Inc. and Louis Vuitton Malletier, S.A. (collectively "Plaintiffs"), by and through their counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby request as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter for November 20, 2009, at 9:00 a.m.;

WHEREAS Plaintiffs filed a Motion for Entry of Default Judgment ("Motion"), against all named defendants, on or about October 28, 2009;

WHEREAS Plaintiffs' Motion is set for hearing on December 4, 2009; and

NOW, THEREFORE, Plaintiffs request that the Case Management Conference in the above captioned matter be vacated in light of the pending Motion for Entry of Default Judgment.

Dated: November 6, 2009

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By: ___/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

### [PROPOSED] ORDER

PURSUANT TO REQUEST, ~~IT IS SO ORDERED.~~  the Case Management Conference is hereby CONTINUED from November 20, 2009 to February 19, 2010.  A Case Management Statement shall be filed no later than February 12, 2010.

DATED: November  12 , 2009

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE