J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (*Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,

Plaintiffs,

v.

SOPHIA ZHANG, YAN RIQIN and DOES 1-10, individually and jointly, d/b/a HIGHREPLICA.COM, HIGH-REPLICA.COM, RUNWAYHANDBAGS.NET, BAGS-REPLICA.COM, BUY-TIFFANY.COM, HIGHCHARMS.COM, FASHIONREPLICABAGS.COM, FASHIONTAVERN.COM, LUXUNION.COM, LUX62.COM, REPLICAHAUSE.COM, REPLICA-SILVER.COM, SIGHTFOCUS.COM, REPLICAS-BAG.COM, TIFFANY-FOCUS.COM, REPLICAS8.COM,

Defendants.

Case No. C-09-1977 MMC

**~~[PROPOSED]~~ PERMANENT INJUNCTION**

THIS MATTER having come before the Court upon Plaintiffs, Chanel, Inc. ("Chanel") and Louis Vuitton Malletier, S.A.'s ("Louis Vuitton") (collectively "Plaintiffs") Motion for Final Default Judgment against Defendants Sophia Zhang and Yan Riqin ("Defendants"), individually and jointly, d/b/a highreplica.com, high-replica.com, runwayhandbags.net, bags-replica.com, buy-tiffany.com, highcharms.com, fashionreplicabags.com, fashiontavern.com, luxunion.com, lux62.com, replica-silver.com, sightfocus.com, replicas-bag.com, tiffany-focus.com, and replicas8.com, the Court having granted the Motion, does hereby:

ORDER AND ADJUDGE that Defendants Sophia Zhang and Yan Riqin, and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined from:

(a) manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks and/or Louis Vuitton Marks;

(b) using the Chanel Marks and/or Louis Vuitton Marks in connection with the sale of any unauthorized goods;

(c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of highreplica.com, high-replica.com, runwayhandbags.net, bags-replica.com, buy-tiffany.com, highcharms.com, fashionreplicabags.com, fashiontavern.com, luxunion.com, lux62.com, replica-silver.com, sightfocus.com, replicas-bag.com, tiffany-focus.com, and replicas8.com, and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel ~~and~~and/or Louis Vuitton;

(d) falsely representing themselves as being connected with Chanel and Louis Vuitton, through sponsorship or association;

(e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Sophia Zhang and Yan Riqin, highreplica.com, high-replica.com, runwayhandbags.net, bags-replica.com, buy-tiffany.com, highcharms.com, fashionreplicabags.com, fashiontavern.com, luxunion.com, lux62.com, replica-silver.com, sightfocus.com, replicas-bag.com, tiffany-focus.com, and replicas8.com, and/or any other website or

business, are in any way endorsed by, approved by, and/or associated with Chanel and/or Louis Vuitton;

(f) using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks and/or Louis Vuitton Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Sophia Zhang and Yan Riqin, highreplica.com, high-replica.com, runwayhandbags.net, bags-replica.com, buy-tiffany.com, highcharms.com, fashionreplicabags.com, fashiontavern.com, luxunion.com, lux62.com, replica-silver.com, sightfocus.com, replicas-bag.com, tiffany-focus.com, and replicas8.com, and/or any other website or business, including, without limitation, handbags, wallets, watches, shoes, scarves, gloves, hats, belts, key chains, bracelets, earrings, necklaces, and rings;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods by Sophia Zhang and Yan Riqin, highreplica.com, high-replica.com, runwayhandbags.net, bags-replica.com, buy-tiffany.com, highcharms.com, fashionreplicabags.com, fashiontavern.com, luxunion.com, lux62.com, replica-silver.com, sightfocus.com, replicas-bag.com, tiffany-focus.com, and replicas8.com, and/or any other website or business, as being those of Chanel and Louis Vuitton, or in any way endorsed by Chanel and/or Louis Vuitton;

(h) offering such goods in commerce;

(i) otherwise unfairly competing with Chanel and/or Louis Vuitton;

(j) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel and/or Louis Vuitton Marks; and

(k) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

~~FURTHER ORDER AND ADJUDGE: upon Plaintiffs' request, upon Plaintiffs' request, Defendants, those in privy with them, and those with notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars and domain-name registries that are provided with notice of the injunction, shall be and are hereby restrained and enjoined from facilitating access to any or all websites through which Defendants engage in the sale of counterfeit and infringing goods using the Chanel Marks and/or the Louis Vuitton Marks.~~

IT IS SO ORDERED

Dated: December 7, 2009

Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs
CHANEL, INC. and
LOUIS VUITTON MALLETIER, S.A.