J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (*Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>　　　　　Plaintiffs,<br>v.<br><br>SOPHIA ZHANG, YAN RIQIN and DOES 1-10, individually and jointly, d/b/a HIGHREPLICA.COM, HIGH-REPLICA.COM, RUNWAYHANDBAGS.NET, BAGS-REPLICA.COM, BUY-TIFFANY.COM, HIGHCHARMS.COM, FASHIONREPLICABAGS.COM, FASHIONTAVERN.COM, LUXUNION.COM, LUX62.COM, REPLICAHAUSE.COM, REPLICA-SILVER.COM, SIGHTFOCUS.COM, REPLICAS-BAG.COM, TIFFANY-FOCUS.COM, REPLICAS8.COM,<br><br>　　　　　Defendants. | Case No. C-09-1977 MMC<br><br>[PROPOSED] DEFAULT JUDGMENT |

1

1 THIS MATTER having come before the Court upon Plaintiffs, Chanel, Inc. ("Chanel") and Louis Vuitton Malletier, S.A.'s ("Louis Vuitton") (collectively "Plaintiffs") Motion for Final Default Judgment against Defendants Sophia Zhang and Yan Riqin ("Defendants"), individually and jointly, d/b/a highreplica.com, high-replica.com, runwayhandbags.net, bags-replica.com, buy-tiffany.com, highcharms.com, fashionreplicabags.com, fashiontavern.com, luxunion.com, lux62.com, replica-silver.com, sightfocus.com, replicas-bag.com, tiffany-focus.com, and replicas8.com; and the Court having considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that Plaintiffs' Motion for Final Default Judgment is GRANTED is GRANTED, and judgment is entered in favor of Plaintiffs, Chanel, Inc., a New York corporation, with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019, and Louis Vuitton, S.A., a forging business entity, with its principal place of business in France located at 2 rue du Pont-Neuf, Paris, France 75001, and against Defendants Sophia Zhang and Yan Riqin, individually and jointly;

IT IS FURTHER ORDERED AND ADJUDGED:

1. Pursuant to 15 U.S.C. § 1117(c) Chanel is awarded statutory damages against Defendants Sophia Zhang and Yan Riqin, individually and jointly, in the amount of $462,000.00, for which let execution issue;

2. Pursuant to 15 U.S.C. § 1117(c) Louis Vuitton is awarded statutory damages against Defendants Sophia Zhang and Yan Riqin, individually and jointly, in the amount of $594,000.00, for which let execution issue;

3. Plaintiffs are awarded costs against Defendants Sophia Zhang and Yan Riqin, individually and jointly, in the amount of $650.00, for which let execution issue;

4. Interest from the date this action was filed shall accrue at the legal rate ;

5. In order to give practical effect to the Permanent Injunction, the domain names highreplica.com, high-replica.com, runwayhandbags.net, bags-replica.com, buy-tiffany.com, highcharms.com, fashionreplicabags.com, fashiontavern.com, luxunion.com, lux62.com, replica-silver.com, sightfocus.com, replicas-bag.com, tiffany-focus.com, and replicas8.com are hereby ordered to be immediately transferred by the Defendants, their assignees and/or successors in interest

or title, and the Registrar to Plaintiffs' control. To the extent the current Registrar does not facilitate the transfer of the domain name to Plaintiffs' control within ten (10) days of receipt of this judgment, the United States based Registry shall, within thirty (30) days, transfer the domain names to a United States based Registrar of Plaintiffs' choosing, and that Registrar shall transfer the domain name to Plaintiffs; and

6. Upon Plaintiffs' request, the top level domain (TLD) Registry for the Subject Domain Names, Verisign, Inc., within thirty (30) days of receipt of this Order shall place the Subject Domain Names on Registry Hold status, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Name to the IP address where the associated website is hosted.

IT IS SO ORDERED

Dated: December 7, 2009

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By: /s/ Nicole L. Drey
       J. Andrew Coombs
       Nicole L. Drey
Attorneys for Plaintiffs
CHANEL, INC. and
LOUIS VUITTON MALLETIER, S.A.