J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (*Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>Plaintiffs,<br><br>v.<br><br>SOPHIA ZHANG, YAN RIQIN and DOES 1-10, individually and jointly, d/b/a HIGHREPLICA.COM, HIGH-REPLICA.COM, RUNWAYHANDBAGS.NET, BAGS-REPLICA.COM, BUY-TIFFANY.COM, HIGHCHARMS.COM, FASHIONREPLICABAGS.COM, FASHIONTAVERN.COM, LUXUNION.COM, LUX62.COM, REPLICAHAUSE.COM, REPLICA-SILVER.COM, SIGHTFOCUS.COM, REPLICAS-BAG.COM, TIFFANY-FOCUS.COM, REPLICAS8.COM,<br><br>Defendants. | Case No. C-09-1977 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER HOLDING DEFENDANT YAN RIQIN IN CONTEMPT; VACATING NOVEMBER 12, 2010 HEARING |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR ORDER HOLDING DEFENDANT
YAN RIQIN IN CONTEMPT
Case No. C-09-1977 MMC

THIS CAUSE came before the Court upon Plaintiffs', Chanel, Inc., a New York corporation, ("Chanel") and Louis Vuitton Malletier, S.A., a foreign business entity ("Louis Vuitton") (together, "Plaintiffs") Motion for Order Holding Defendant Yan Riqin in Contempt. On December 7, 2009, this Court entered Final Default Judgment against Riqin and in favor of Plaintiffs and issued a Permanent Injunction prohibiting Riqin from committing further acts of infringement and unfair competition against Plaintiffs. (*See* Permanent Injunction (e-docket 28) and Final Default Judgment (e-docket 29)). On January 20, 2010 Plaintiffs filed their Motion for Order to Show Cause Why Defendant Yan Riqin Should Not Be Held in Contempt and Sanctioned (the "Motion for Order to Show Cause) (e-docket 31) in connection with Riqin's violation of the Permanent Injunction in this matter through his operation of websites operating under the domain names 178bao.com, 22bag.com, aaahighreplica.com, angelpurse.com, b2csite.com, bags-replicas.com, bagsspace.com, canwatches.com, canwatches.net, clonereplicas.com, dig-in-china.com, ec55.com, eo21.com, hiendless.com, highreplicamall.com, honeyreplica.com, iamreplica.com, idolwholesale.com, mallwatches.com, mybagsroom.com, replicahot.com, scarves-wholesale.com, sonpa.com, sunglassfocus.com, top1-replica.com, watches9.com, watchesshow.com, wellwholesaler.com and woicha.com (collectively the "First New Domain Names"). Subsequent to the filing of their Motion for Order to Show Cause, the Plaintiffs discovered Riqin's further violation of the Permanent Injunction matter through his operation of websites operating under the additional domain names 20fashion.com, bagsdesigners.com, bagsstock.com, buy-tiffanys.com, chanel-design.com, chanel-luxury.com, chanel-mall.com, chaneltrend.com, cocoperfume.com, dearuggboots.com, ebagsell.com, guccitrend.com, hermes-luxury.com, high-replica-bags.com, highreplicamall8.com, hotreplicashop.com, idolreplica.net, lv-pifa.com, replica-handbags-biz.com, replica-handbags-focus.com, replica-handbags-shop.co.uk, replica-iwc-watches.com, replica-perfume.com, replica-swisswatches.com, replica-watches9.com, replica-watches-supplier.com, sight-focus.com,

thermosmaker.com, top-replica-handbags.com, vogueunderwear.com, watcheshot.cc, watchesshow.co.uk, and wholewatches.net (the "Second New Domain Names") and on February 23, 2010 the Plaintiffs filed their Notice of Filing Supplemental Evidence in Support of Motion for Order to Show Cause together with supporting evidence (e-docket 40-44).

On February 24, 2010 the Court entered an Order to Show Cause (e-docket 47) finding the Plaintiffs had met the standard for civil contempt in the Ninth Circuit, and requiring Riqin to respond to the Order to Show Cause on or before April 2, 2010. On July 2, 2010, after determining that Riqin was further violating the Permanent Injunction through the operation of the websites operating under the domain names 925silverangel.com, aonehandbags.com, all99dollars.com, apparel-supplier.com, besthandbagblog.com, chanelhandbagsmall.com, chanelvogue.com, designersbagblog.com, dotvv.net, exact-handbags.com, fashionwithbags.com, handbagsair.com, handbagsoul.com, handbagsspace.com, honeyreplicas.com, iamreplicas.com, justtopwatches.com, luxurybagsvendor.com, luxurybagvendor.com, mynike-shoes.com, nexthandbags.com, outletwatchessite.com, replicahandbags2010.com, replicaonsale.com, replica-shopping.com, replicastory.com, shopdreambag.com, shoponebag.com, showthebrand.com, sxja.org, thehandbagbuzz.com, top-brand-handbags.com, topfashionboutique.com, and watches-focus.com (the "Third Set of New Domain Names"), Plaintiffs filed their Second Notice of Filing Supplemental Evidence in Support of Motion for Order to Show Cause together with supporting evidence (e-docket 49-52). To date, Riqin has not responded to the Court's Order to Show Cause as required.

Plaintiffs now seek an Order holding Riqin in contempt for his failure to comply with the December 7, 2009 Permanent Injunction. (e-docket 28).

THE COURT has considered the motion and the pertinent portions of the record, ~~having heard argument from counsel,~~ and is otherwise fully advised in the premises.[1] Accordingly, it is

---

2

[1] By this order, the Court VACATES the hearing scheduled for November 12, 1010

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR ORDER HOLDING DEFENDANT
YAN RIQIN IN CONTEMPT
Case No. C-09-1977 MMC

**ADJUDGED** as follows:

I. Plaintiffs have met the standard for civil contempt in the Ninth Circuit set forth in *Labor/Community Strategy Ctr. v. Los Angeles County Metro. Transp. Auth.*, 564 F.3d 1115, 1123 (9th Cir. 2009). Specifically, the Plaintiffs have shown by clear and convincing evidence that Defendant Riqin violated the Court's Permanent Injunction beyond substantial compliance, not based on a good faith, reasonable interpretation of the Permanent Injunction. *See id.*; *see also* 15 U.S.C. § 1116; e-docket 28. Therefore, Plaintiffs' Motion for Order Holding Defendant Yan Riqin in Contempt **GRANTED.**

    A. The domain names 178bao.com, 22bag.com, aaahighreplica.com, angelpurse.com, b2csite.com, bags-replicas.com, bagsspace.com, canwatches.com, canwatches.net, clonereplicas.com, dig-in-china.com, ec55.com, eo21.com, hiendless.com, highreplicamall.com, honeyreplica.com, iamreplica.com, idolwholesale.com, mallwatches.com, mybagsroom.com, replicahot.com, scarves-wholesale.com, sonpa.com, sunglassfocus.com, top1-replica.com, watches9.com, watchesshow.com, wellwholesaler.com, and woicha.com (the "First New Domain Names"); 20fashion.com, bagsdesigners.com, bagsstock.com, buy-tiffanys.com, chanel-design.com, chanel-luxury.com, chanel-mall.com, chaneltrend.com, cocoperfume.com, dearuggboots.com, ebagsell.com, guccitrend.com, hermes-luxury.com, high-replica-bags.com, highreplicamall8.com, hotreplicashop.com, idolreplica.net, lv-pifa.com, replica-handbags-biz.com, replica-handbags-focus.com, replica-handbags-shop.co.uk, replica-iwc-watches.com, replica-perfume.com, replica-swisswatches.com, replica-watches9.com, replica-watches-supplier.com, sight-focus.com, thermosmaker.com, top-replica-handbags.com,

vogueunderwear.com, watcheshot.cc, watchesshow.co.uk, and wholewatches.net (the "Second New Domain Names"); and 925silverangel.com, aonehandbags.com, all99dollars.com, apparel-supplier.com, besthandbagblog.com, chanelhandbagsmall.com, chanelvogue.com, designersbagblog.com, dotvv.net, exact-handbags.com, fashionwithbags.com, handbagsair.com, handbagsoul.com, handbagsspace.com, honeyreplicas.com, iamreplicas.com, justtopwatches.com, luxurybagsvendor.com, luxurybagvendor.com, mynike-shoes.com, nexthandbags.com, outletwatchessite.com, replicahandbags2010.com, replicaonsale.com, replica-shopping.com, replicastory.com, shopdreambag.com, shoponebag.com, showthebrand.com, sxja.org, thehandbagbuzz.com, top-brand-handbags.com, topfashionboutique.com, and watches-focus.com (the "Third New Domain Names") are hereby ordered to be immediately transferred by the Defendant, his assignees and/or successors in interest or title, and the Registrar to Plaintiffs' control. To the extent the current Registrar does not facilitate the transfer of the domain name to Plaintiffs' control within ten (10) days of receipt of this judgment, the United States based Registry shall, within thirty (30) days, transfer the domain names to a United States based Registrar of Plaintiffs' choosing, and that Registrar shall transfer the domain name to Plaintiffs.

B. Riqin, his respective officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendant having notice of this Order shall discontinue immediately the use of the

4

Chanel trademarks ⓒ, ⓒ, CHANEL, J12, ⓒ, and ⓒ, the Louis Vuitton trademarks LOUIS VUITTON, ⓥ, ▓, V, ▓, ▓, ▓, ✦, ⊙, ▓, V, ▓, ▓, ✦, ▓, ▓, or any confusingly similar trademarks within domain name extensions, metatags or other markers within web site source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendant, including the Internet websites operating under the First, Second and Third New Domain Names.

C. The domain name Registrars for each of the Third New Domain Names are directed to transfer to Plaintiffs' counsel, for deposit with this Court, domain name certificates for each of the Third New Domain Names.

D. The top level domain (TLD) Registries for the First, Second and Third New Domain Names within thirty (30) days of receipt of this Order shall place the First, Second and Third New Domain Names on "hold" status and thus remove the domains from the TLD zone files maintained by the Registries which link the domain names to the IP addresses where their sites are hosted.

///

///

///

II. Plaintiffs shall immediately provide all parties and non-parties affected by this Order with a copy of the Order and the Pleadings upon which it is based.

IT IS SO ORDERED

Dated: November 5, 2010

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By:_____
 J. Andrew Coombs
 Nicole L. Drey
Attorneys for Plaintiffs
CHANEL, INC. and LOUIS VUITTON
MALLETIER, S.A.